

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MR. BAR-B-Q-, INC.,

                          Plaintiff,         Civil Action No.
                                                                    ECF CASE

  -against-

M & F INTERNATIONAL INC.,
9143-7228 QUEBEC, INC. d/b/a
KLINQ.COM and                                       Rule 7.1 Statement
MENACHEM LICHTER,

                          Defendants.

------------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff, Mr. Bar-B-Q-, Inc., certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    NONE.

Dated:  New York, New York                 NATTER & NATTER
         July 13, 2007                           Attorneys for Plaintiff
                                                         501 Fifth Avenue, Suite 808
                                                        New York NY 10017
                                                        (212) 840-8300

                                                        By_____
                                                           Seth Natter (SN 4913)