AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MR. BAR-B-Q-, INC

V.

M & F INTERNATIONAL INC.,
9143-7228 QUEBEC, INC. d/b/a KLINQ.COM
and MENACHEM LICHTER

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6412

JUDGE STEIN

TO: (Name and address of Defendant)

M & F INTERNATIONAL INC.
30 Westside Avenue
Spring Valley NY 10977

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth Natter
Natter & Natter
501 Fifth Avenue
New York NY 10017

an answer to the complaint which is served on you with this summons, within _____TWENTY_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    JUL 1 3 2007

## ROCKLAND COUNTY SHERIFF'S DEPARTMENT
CERTIFICATE OF SERVICE

United States District Court, Southern District of New York
County of New York, State of New York

| | |
|---|---|
| Mr. Bar-B-Q, Inc.<br><br>vs.<br><br>M & F International Inc.; 9143-7228 Quebec, Inc. d/b/a KLINQ.COM, Menachem Lichter | Index Number - 07 CV 6412<br><br>Sheriff File Number -- 07001994 |

I, Deputy Sheriff Phillip J. Ursillo, 606, of the Rockland County Sheriff's Department, New City, New York, certify and affirm that on 7/20/2007, at approximately 1:10PM, at 30 Westside Avenue Spring Valley, NY 10977 served the within Summons & Complaint upon M & F International Inc., the defendant named therein, in the following manner.

CORPORATION

By delivering to and leaving with Uri Lichter, the family member and managing agent for the defendant, personally a true copy thereof.

DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Grey, Gender: Male, Height: 5' 6", Weight: 180, Age: 55.

Dated:
Monday, July 23, 2007

_____
Phillip J Ursillo          606
Deputy Sheriff         Badge Number