AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MR. BAR-B-Q-, INC

V.

M & F INTERNATIONAL INC.,
9143-7228 QUEBEC, INC. d/b/a KLINQ.COM
and MENACHEM LICHTER

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CV 6412

JUDGE STEIN

TO: (Name and address of Defendant)

MENACHEM LICHTER
30 Westside Avenue
Spring Valley NY 10977

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Seth Natter
Natter & Natter
501 Fifth Avenue
New York NY 10017

an answer to the complaint which is served on you with this summons, within **TWENTY** days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE: JUL 1 3 2007

## ROCKLAND COUNTY SHERIFF'S DEPARTMENT
CERTIFICATE OF SERVICE

United State District Court, Southern District of New York Court
County of New York, State of New York

| | |
|---|---|
| Mr. Bar-B-Q, Inc.<br><br>vs.<br><br>M & F International Inc.; 9143-7228 Quebec, Inc. d/b/a KLINQ.COM, Menachem Lichter | Index Number: 07 CV 6412<br><br>Sheriff File Number: 07001994 |

I, Deputy Sheriff Phillip J. Ursillo, 606, of the Rockland County Sheriff's Department, New City, New York, certify and affirm that on the 7/20/2007, at approximately 1:10PM, at 30 Westside Avenue Spring Valley NY 10977, served the within Summons & Complaint, upon Menachem Lichter, the defendant named therein, in the following manner:

### ALTERNATE PERSON

By delivering to and leaving with Uri Lichter, who is family member & managing agent to the Defendant a true copy thereof, a person of suitable age and discretion. Said address was the dwelling place of the Defendant.

### MAILED

By mailing in a plain envelope marked Personal & Confidential on a copy of the annexed Summons & Complaint to the Defendant at dwelling place and place of business, which was 30 Westside Avenue, Spring Valley, NY 10977.

### DESCRIPTION

The person served was approximately: Skin Color: White, Hair Color: Grey, Gender: Male, Height: 5' 6" Weight: 180, Age: 55.

Dated:
Monday, July 23, 2007

Phillip J Ursillo
Deputy Sheriff

606
Badge Number