

RECEIVED

OCT 1 0 2007

CHAMBERS OF
JUDGE SIDNEY H. STEIN
U.S.D.J.

LAW OFFICES
**NATTER & NATTER**
501 FIFTH AVENUE
NEW YORK NY 10017-7809
(212) 840-8300
FACSIMILE: (212) 302-0295

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/10/07 (w)

HOWARD NATTER
SETH NATTER

PATENT, TRADEMARK, COPYRIGHT
& UNFAIR COMPETITION LAW

October 10, 2007

VIA FACSIMILE TRANSMISSION
212-805-7924

Honorable Sidney H. Stein, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York NY 10007

MEMO ENDORSED

> Re: Mr. Bar-B-Q- v. M & F International
> 9143-7228 Quebec, Inc. D/B/A
> Klinq.Com and Menachem Lichter
> Civil Action No. 07 CV 6412
> Our ref.: 07-5280

Dear Judge Stein:

The above action is scheduled for conference before Your Honor for 10:00 a.m. on October 11th.

We wish to advise you that the parties have agreed upon the terms of settlement of the action and are presently in the process of executing the necessary settlement documents.

It is anticipated that pursuant to the terms of settlement, a stipulated judgment on consent will be submitted to the Court within the next ten days.

*The conference will be held on 10/25/07, at 10:00 a.m. unless a stip of dismissal is received before that date.*

SO ORDERED 10/10/07

SIDNEY H. STEIN
U.S.D.J.

Page 2
October 10, 2007

Accordingly, the parties mutually request that the conference be adjourned.

Respectfully submitted,

NATTER & NATTER
Attorneys for Plaintiff

By_____
Seth Natter

SN:rs
cc: Guy Halperin, Esq.,
    Attorney for Defendants (via fax 212-371-2131)