```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X

MR. BAR-B-Q-, INC.,

                    Plaintiff,

   -against-

M & F INTERNATIONAL INC.,
9143-7228 QUEBEC, INC. d/b/a
KLINQ.COM and
MENACHEM LICHTER,

                    Defendants.

------------------------------------------------------X

Civil Action No. 07-6412 (SHS)
ECF CASE

**FINAL ORDER AND**
**JUDGMENT ON STIPULATION**

      The Plaintiff, Mr. Bar-B-Q-, Inc., having filed its complaint in this action against the Defendants, M & F International, Inc., 9143-7228 Quebec, Inc. d/b/a Klinq.com and Menachem Lichter on July 13, 2007 and service of process on each Defendant having been effected on July 20, 2007 and proofs of service having been filed on July 26, 2007 and the parties having agreed upon a basis for resolution and adjudication of the issues presented in this action and desiring to settle the controversy between them without further court intervention, it is

      ORDERED, ADJUDGED AND DECREED, as and between the parties hereto as follows:

      1.    This Court has jurisdiction over the parties to this action and over the subject matter thereof.

2. As between the parties, U.S. Patent Des. 494,006 is valid and enforceable and has been infringed by the Defendants.

3. At all times hereinafter, the Defendants, M & F International, Inc., 9143-7228 Quebec, Inc. d/b/a Klinq.com and Menachem Lichter, their officers, agents, directors, servants and employees, and all persons in active concert or participation therewith, are hereby restrained and enjoined from infringing United States Patent Des. 494,006.

4. The parties having entered into a confidential settlement agreement, this judgment is awarded without costs, damages or attorneys' fees to any party.

5. The remaining claims are hereby dismissed with prejudice.

Dated: October 19, 2007

SO ORDERED:

_____
U.S.D.J.

The parties, by their counsel, hereby consent to the terms and conditions of this Order and Judgment as set forth above and consent to the entry thereof.

        Natter & Natter
        Attorneys for Plaintiff
        501 Fifth Avenue
        New York NY 10017
        (212) 840-8300
        By: _____
        Seth Natter (SN 4913)

        The Halperin Law Firm, PLLC
        Attorneys for Defendants
        964 Third Avenue
        New York NY 10155
        (212) 751-7555
        By: _____
        Guy S. Halperin (GH 4502)